

FILED
VANESSA L. ARMSTRONG, CLERK

MAY 21 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

v.                                    **CRIMINAL COMPLAINT**

**MICHAEL CHAMBERS**

CASE NUMBER: 3:18mj-323

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about March 24, 2018, in Jefferson County, Kentucky, in the Western District of Kentucky, the above-named defendant did knowingly and intentionally possess a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1), and did knowingly possess an unregistered NFA weapon, in violation of Title 26, United States Code, Section 5861(d), and did knowingly possess an NFA weapon with an obliterated serial number, in violation of Title 26, United States Code, Section 5861(h).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____
Special Agent Joseph R. Persails, ATF

Subscribed and sworn to before me by ATF Special Agent Joseph R. Persails, on this the 20th day of May, 2018, in Louisville, Kentucky.

_____
COLIN H. LINDSAY
UNITED STATES MAGISTRATE JUDGE

May 20, 2018

# AFFIDAVIT

I, Joseph R. Persails, being duly sworn, depose and state that:

1. I am a Special Agent of the US Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) assigned to the Louisville Office. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516 (1). I have been a Special Agent of the ATF since September 2013, during which time I have specialized in investigations involving the illegal possession and use of firearms. I have received specialized training on these subjects from the ATF and have been personally involved in investigations concerning the illegal possession and use of firearms. I have received training from the ATF as a firearms interstate nexus examiner.

2. The information contained in this affidavit details a summary of the investigative efforts into Michael CHAMBERS and Victoria HARRIS, and is based on my personal involvement in the investigation, my training and experience, and information provided to me by other law enforcement officers. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to support the issuance of the requested criminal complaint.

3. On March 24, 2018, Michael CHAMBERS was involved in a shooting at 4413 Tara Gale Court, Louisville, Kentucky. CHAMBERS fired several rounds through the back wall of his residence at two individuals as they approached the back door. One of the individuals, identified as Terrance Brasher, was killed, and another unidentified individual fled the scene.

4. Louisville Metro Police (LMPD) Detectives served a search warrant at 4413 Tara Gale Court in connection to the shooting of Brasher and recovered two firearms and several rounds of ammunition, including 5.56 mm ammunition. Both firearms were located in the residence where both CHAMBERS and HARRIS had access to them. During an interview with LMPD detectives on March 24, 2018, HARRIS told detectives that she believes CHAMBERS owns one firearm. One of the firearms recovered was a Del-Ton Inc. 5.56 mm rifle, model DTI-15, bearing serial number DTI-S064125, with a high capacity drum magazine.

5. The other firearm located was a Kel-Tec 5.56 mm firearm, model PLR-16, with an obliterated serial number. Kel-Tec originally designed the PLR-16 as

a pistol. The Kel-Tec PLR-16 recovered by LMPD had a vertical fore grip installed changing the firearm from a pistol to an "any other weapon" (AOW) violating the National Firearms Act (NFA)[1]. A NFA records check of both CHAMBERS and HARRIS revealed neither had registered the AOW.

6. On April 11, 2018, HARRIS was interviewed by ATF and LMPD regarding the firearms recovered in her and CHAMBERS home. During the interview, HARRIS stated that she owned both firearms recovered by LMPD on March 24, 2018. HARRS had trouble describing the firearms and did not know the caliber of the firearms. When asked about marijuana seen in her home by detectives on March 24, 2018, HARRIS stated she and CHAMBERS smoke marijuana, but do not sell it.

7. CHAMBERS was also interviewed on April 11, 2018 by ATF and LMPD regarding the firearms recovered from his and HARRIS's home. CHAMBERS stated that he and HARRIS smoke marijuana, but do not sell it. CHAMBERS denied owning the firearms recovered from his and HARRIS's home, but stated he used the Kel-Tec AOW to shoot Brasher. CHAMBERS was able to identify this firearm by its model, a PLR-16.

8. On May 14, 2018 a search warrant was served on CHAMBERS phone that was recovered by LMPD on March 24, 2018. Pictures of the Del-Ton Inc. Rifle were located in the phone. On March 21, 2018, CHAMBERS texts an individual named "Murder" about a new AR Rifle he got. In one text, CHAMBERS tells "Murder" that he "Got a AR with a hunnid in it" (hundred round drum magazine). The Del-Ton Inc. rifle was recovered by LMPD with a high capacity drum magazine loaded into the rifle.

9. CHAMBERS has been convicted of felonies in the Commonwealth of Kentucky, to include possession of a firearm by a convicted felon. Neither firearm was manufactured in the Commonwealth of Kentucky, affecting interstate commerce.

---

[1] According to the definitions of a hand gun under the Gun Control Act of 1968 (18 U.S.C. 921(a)(29)) and of a pistol under the National Firearms Act (NFA) (27 C.F.R. 479.11), hand guns and pistols are designed to be held and fired with one hand. By attaching a vertical fore grip on the PLR-16, it is no longer designed to be held and fired with one hand.

With the vertical fore grip installed, the PLR-16 falls into the NFA definition of an "any other weapon" (AOW) (26 U.S.C. 5845(e)). A person is prohibited from making or possessing an AOW without registering it with ATF's NFA Branch

10. The affiant states that the evidence as outlined above establishes probable cause to believe that on or about March 24, 2018, in Jefferson County, Kentucky:

   a. Michael CHAMBERS possessed a firearm being a convicted felon, in violation of 18 U.S.C. Section 922(g)(1).

   b. Michael CHAMBERS possessed an unregistered NFA weapon, in violation of 26 U.S.C. Section 5861(d).

   c. Michael CHAMBERS possessed an NFA weapon with an obliterated serial number, in violation of 26 U.S.C. Section 5861(h).

   d. Victoria HARRIS possessed a firearm while being an unlawful user of narcotics, in violation of 18 U.S.C. Section 922(g)(3).

   e. Victoria HARRIS possessed an unregistered NFA weapon, in violation of 26 U.S.C. Section 5861(d).

   f. Victoria HARRIS possessed an NFA weapon with an obliterated serial number, in violation of 26 U.S.C. Section 5861(h).

_____
Joseph R. Persails
Special Agent – ATF

Sworn to before me and subscribed in my presence on this 20th day of May, 2018.

Colin H. Lindsay
United States Magistrate Judge

3